No. 02–6147. DeVaughn v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6148. Cochran v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6150. Pickard v. United States; and
No. 02–6183. Bates v. United States. C. A. 3d Cir. Certiorari denied. Reported below: 46 Fed. Appx. 104.

No. 02–6156. Albright v. Kansas. Sup. Ct. Kan. Certiorari denied.

No. 02–6157. Beaton-Paez v. United States. C. A. 11th Cir. Certiorari denied.

No. 02–6158. Brown v. United States. C. A. 6th Cir. Certiorari denied.

No. 02–6160. Epps v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6161. Enriquez v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6164. Hernandez-Salgado, aka Salgado, aka Hernandez v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6165. Gabrio v. United States. C. A. 8th Cir. Certiorari denied.

No. 02–6166. Gervais v. Illinois. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–6167. Hager v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6168. Graham v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6169. Hart v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–6172. O'Donnell v. United States. C. A. 2d Cir. Certiorari denied.